UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAM HYUN KIM, <br>     Petitioner, <br> v. <br> KRISTI NOEM, et al., <br>     Respondents. | Case No. 5:26-cv-00676-SPG-PD <br><br> **ORDER REQUIRING RESPONSE TO HABEAS PETITION** |

On February 6, 2026, Petitioner filed a Petition for Writ of Habeas Corpus alleging that he is in the custody of the United States Immigration and Customs Enforcement ("ICE") in Adelanto, California and that he is being held in violation of the Constitution and laws of the United States.

In order to facilitate the just, speedy, and inexpensive determination of this action, IT IS HEREBY ORDERED as follows:

**1.     Respondents shall not transfer, relocate, or remove Petitioner outside of the Central District of California pending final resolution of this case or further order of the Court.**

1

2. **The Clerk of this Court promptly shall (a) serve** electronic copies of the Petition and this Order on Respondents and the United States Attorney, or his authorized agent, in accordance with the Agreement on Acceptance of Service between the Clerk of Court and the United States Attorney's Office set forth in Appendix C to the Central District of California Local Civil Rules; and (b) serve a copy of this Order on Petitioner's counsel of record.

3. By **February 27, 2026**, Respondents shall file a response to the Petition and electronically lodge with the Court all relevant documents. The response may be in the form of a Motion to Dismiss or an Answer, but in either case shall address whether Petitioner is a danger to the community or a flight risk, and whether this case involves "a high probability of success on the merits of [the] habeas petition or special circumstances that would warrant [Petitioner's] release on bail" pending resolution of these habeas proceedings. *United States v. McCandless*, 841 F.3d 819, 822 (9th Cir. 2016).

4. Petitioner shall file a response to the Respondents' motion to dismiss or answer by **March 4, 2026**. At that time, Petitioner shall lodge with the Court any records not lodged by Respondents that Petitioner believes may be relevant to the Court's determination.

5. Unless otherwise ordered by the Court, this case shall be deemed submitted on the day following Petitioner's response to the motion to dismiss or answer.

6. To request an extension of time for any of the deadlines set forth in this Order, a party must file a motion demonstrating good cause for the

1  extension.  Such a motion should be filed before the deadline has expired.
2  Any such motion should be accompanied by a declaration under penalty of
3  perjury explaining why an extension of time is necessary and by a proposed
4  order granting the requested extension.

5      7.  Although the caption of the Petition identifies the "United States
6  District Court for the Southern District of California" and paragraph 8 of the
7  Petition alleges that venue is proper in the Southern District of California,
8  paragraph 9 of the Petition states that Petitioner is held at the Adelanto
9  Processing Center, which is located in the Central District of California.
10 Based on that allegation, the Court finds at this stage of the litigation that
11 venue lies in this district.  This finding is without prejudice to reconsideration
12 if Petitioner is, in fact, detained in the Southern District of California.

DATED:  February 19, 2026

_Patricia Donahue_
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

3