JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAM HYUN KIM,<br><br>         Petitioner,<br><br>   v.<br><br>KRISTI NOEM, et al.,<br><br>         Respondents. | Case No. 5:26-cv-00676-PD<br><br>**JUDGMENT** |

Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition is granted as to Count Five.

The remaining six claims for relief are dismissed without prejudice.

DATED: April 8, 2026

*Patricia Donahue*

_____
Patricia Donahue
United States Magistrate Judge